CLARKE v. MOTT et al.

No. 15,153; August 10, 1893.

33 Pac. 884.

**Insolvency.—Evidence That a Debtor, When Called on to Pay** his notes when due, replied that he was unable to pay them; that he had tried to raise the money, but could not—warrants a finding that he was insolvent.

APPEAL from Superior Court, City and County of San Francisco; Walter H. Levy, Judge.

Petition of C. W. Mott and others to have Alfred Clarke adjudged an insolvent debtor. From an order so adjudging him he appeals. Affirmed.

Witnesses Hutton and Stewart both testified that, when demand was made on Clarke for the payment of certain of his notes, he replied that he was unable to pay them; that he had tried to raise the money and was unable to do so.

Alfred Clarke in pro. per. (Naphtaly, Friedenrich & Ackerman of counsel) for appellant; Wilson & McCutcheon, Page & Eells, W. T. Baggett and Warren Olney for respondents.

PER CURIAM.—This is an appeal by Alfred Clarke from an order of the superior court adjudging him to be an insolvent debtor. We· can discover from the record only two points legitimately before us: (1) Did the court err in overruling the demurrer to the petition? And (2) does the evidence warrant the finding of appellant's insolvency? As to the first point, appellant has pointed out no defect in the petition, and we see none. As to the second point, the facts testified to by the witnesses Hutton and Stewart clearly show the insolvency, not considering the nineteen attachments. The order appealed from is affirmed.